**Electronically Filed
Supreme Court
SCWC-18-0000715
12-NOV-2020
12:39 PM
Dkt. 31 ODAC**

SCWC-18-0000715

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellant,

vs.

STEVEN DUDLEY VEGA,
Petitioner/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000715; CR. NO. 3CPC-18-0000409)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Ochiai, assigned by reason of vacancy)

Petitioner/Defendant-Appellee's Application for Writ

of Certiorari, filed on September 30, 2020, is hereby rejected.

DATED: Honolulu, Hawaiʻi, November 12, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Dean E. Ochiai

